HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASSIE HALL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELMA SCHOOL DISTRICT, a Washington Municipal Corporation, and KEVIN ACUFF, an individual,<br><br>　　　　　　Defendant. | CASE NO. C13-5899RBL<br><br>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>[DKT. #38] |

THIS MATTER has come before the Court on Defendants' Motion for Summary Judgment [Dkt. #38]. The Court has reviewed the pleadings in favor of and in opposition to said motion. Numerous issues of fact that are both material and genuine necessitate trial to ferret out what transpired at ElmA High School, why it happened, and whom, if anyone, is responsible. Defendants' Motion for Summary Judgment [Dkt. #38] is **DENIED**.

Dated this 30th day of December, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE